# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN T. SMINK, | CIVIL ACTION NO. 3:13-CV-784 |
| Plaintiff, | |
| v. | (JUDGE CAPUTO) |
| | (MAGISTRATE JUDGE CARLSON) |
| CAROLYN COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY, | |
| Defendants. | |

## ORDER

**NOW**, this 19th day of November, 2013, upon review of Magistrate Judge Carlson's Report and Recommendation (Doc. 11) for clear error or manifest injustice and in light of Defendant's waiver of the opportunity to object to the Report and Recommendation (Doc. 12), **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 11) is hereby **ADOPTED**.

(2) This matter is **REMANDED** to the Administrative Law Judge for further consideration of the medical evidence.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge